# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JARROD SCHOOLCRAFT, on behalf of himself and others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) GOWAITER BUSINESS HOLDINGS, LLC, ) ) ) Defendant. ) | Civil Class Action<br><br>File No. 1:15-cv-02270-SCJ |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jarrod Schoolcraft and GoWaiter Business Holdings, LLC, by and through the undersigned attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice, without fees or costs assessed to either party.

Dated: June 2, 2016.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
Ehrlich & Schapiro, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
Tel: (404) 365-4460
Fax: (855) 415-2480

        craig@ehrlichlawoffice.com

        s/Paul Buschmann
        Paul Buschmann, Esq.
        Georgia Bar No. 98430
        Hinshaw & Culbertson, LLP
        One East Broward Boulevard, Suite 1010
        Ft. Lauderdale, FL 33301
        Tel: (954) 467-7900
        Fax: (954) 467-1024
        pbuschman@hinshawlaw.com

## CERTIFICATE OF SERVICE

I certify that on June 2, 2016, I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF system for the federal District Court for the Northern District of Georgia which will give electronic notification to the following parties of record:

Paul Buschmann, Esq.
Hinshaw & Culbertson, LLP
One East Broward Boulevard, Suite 1010
Ft. Lauderdale, FL 33301
pbuschman@hinshawlaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

3

<u>/s/Craig J. Ehrlich</u>
Craig J. Ehrlich